**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | No. 132 EM 2016 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER FORMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (providing that hybrid representation is impermissible).

    The Prothonotary is **DIRECTED** to forward these filings to counsel of record.